IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF/RESPONDENT

v.                      Case No. 2:11-CR-20061

DUBLAS ANTONIO DUBON-MORALES                              DEFENDANT/PETITIONER

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 33) from Chief United States Magistrate Judge James R. Marschewski. There have been no objections and the time period for filing objections has passed.

After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. IT IS THEREFORE ORDERED that Petitioner Dublas Antonio Dubon-Morales's motion (Doc. 26) to vacate is DENIED.

IT IS SO ORDERED this 5th day of February, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE